IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDY A. CROW, Individually and as Executrix and Personal Representative of the Estate of JAMES M. CROW, Deceased, | :<br>:<br>:<br>: CIVIL ACTION<br>: |
| Plaintiff | : FILE NO. 1:16-CV-3104-SCJ<br>: |
| vs. | :<br>: |
| UNITED STATES OF AMERICA, | :<br>: |
| Defendant | : |

## PLAINTIFF'S DESIGNATION OF
## EXPERT WITNESS, GERALD GOWITT, M.D.

COMES NOW, Plaintiff, by and through counsel, and pursuant to Federal Rule of Civil Procedure 26, hereby files Plaintiff's Designation of Expert Witness Gerald Gowitt, M.D.

Plaintiff identifies Gerald Gowitt, 3550 Kensington Road, Decatur, GA 30032; Telephone: 404-508-3507. Dr. Gowitt is a board certified physician in the specialties of forensic pathology, anatomical pathology and clinical pathology, and is the Chief Medical Examiner for Dekalb County, Georgia. Dr. Gowitt has reviewed the medical records, coroner's report and the coroner's deposition and is expected to testify that the cause of death of James Milton Crow was, to a reasonable degree of medical probability, organic heart failure as a result of

ischemia heart disease. His detailed opinions are contained in his signed Rule 26 expert report, which is attached hereto as **Exhibit A.** These opinions may be supplemented as discovery continues.

Pursuant to Rule 26, a copy of Dr. Gowitt's C.V. is attached as **Exhibit B,** a copy of his fee schedule is attached as **Exhibit C,** and a copy of a list of all trials and depositions where Dr.Gowitt has testified in the past four years is attached as **Exhibit D**.

Respectfully submitted this 30th day of June, 2017.

Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA 30531
Telephone: 706-778-2601
Fax: 706-776-2899

s/Dennis T. Cathey
Dennis T. Cathey
Ga. Bar No. 116600
dcathey@catheyandstrain.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing **PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES GERALD GOWITT, M.D.** upon all parties via the U.S. District Court CM/ECF electronic file and notification system as follows:

**Gabriel Mendel**
Assistant U.S. Attorney
United States Attorney's Office
Richard B. Russell Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, GA 30303

This 30th day of June, 2017.

Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA 30531
Telephone: 706-778-2601
Fax: 706-776-2899
**Attorneys for Plaintiff**

/s/ Dennis T. Cathey
Dennis T. Cathey
Ga. Bar No. 116600
dcathey@catheyandstrain.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this document complies with the font and point selections approved by the United States District Court, Northern District of Georgia Local Rule 5.1B. This document has been prepared in Times New Roman font, 14 point.

Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA 30531
Telephone: 706-778-2601
Fax: 706-776-2899
**Attorneys for Plaintiff**

/s/ Dennis T. Cathey
Dennis T. Cathey
Ga. Bar No. 116600
dcathey@catheyandstrain.com