# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Stephen B. Hunter, M.D. (Consulting Neuropathologist)
Rick Snow, Ph.D. (Consulting Forensic Anthropologist)
Tammy Hopkins, Executive Assistant

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, 1
Suite 2F-274
Braselton, Georgia 3

June 29, 2017

Dennis T. Cathey, Esq.
Cathey & Strain, LLC
PO Box 689
Cornelia, GA 30531

> **RE:** **Judy A. Crow, Ind. and as Executrix and Personal Rep. of the Estate of James M. Crow, deceased, v. United States of America**
> **Civil Action File No.: 1:16-CV-3104-SCJ**

Dear Mr. Cathey:

As requested by your firm, I have reviewed the following materials with respect to the above-styled civil action for purposes of determining a cause of death:

1). Atlanta VA Medical Center, Oakwood Clinic.
2). Atlanta VA Healthcare System.
3). The Longstreet Clinic
4). Habersham County Coroner Kasey McEntire's report and deposition.
5). Stephens County Hospital.
6). Harry C. McDonald, M.D.

### I. Background and Education

I am currently a practicing physician and for the past 17 years have served as Chief Medical Examiner for Dekalb County, Georgia. I am certified by the American Board of Pathology in the fields of Forensic Pathology, Clinical Pathology and Anatomic

Pathology. I received a B.A. degree in Biology from Central Connecticut State College in 1970, graduated from Duke University's Physician's Assistant Program in 1972 and
Page 2

received my Doctor of Medicine Degree, with honors, from The University of North Carolina at Chapel Hill in 1982. Following a residency in Anatomic and Clinical Pathology at Emory University in Atlanta, Georgia, I completed a fellowship in forensic pathology at the Fulton County Georgia Medical Examiner's Office, which was affiliated with Emory University School of Medicine. I am a licensed physician in the State of Georgia, and have been in active practice in the field of pathology in the State of Georgia continuously since 1983. Further, I am a Fellow in the American Academy of Forensic Sciences and a member of the National Association of Medical Examiners.

## II. Case Summary:

James Crow was a 65 year old male with a history of high blood pressure. In April, 2013 he was evaluated by cardiologists who found that he had significant heart issues, including: occlusion of the left anterior descending coronary artery – sixty to eighty percent, subtotal occlusion of the mid-circumflex coronary artery, and total occlusion of the right coronary artery (commonly referred to as the RCA) with collateral circulation – left to right. He was diagnosed as needing coronary artery bypass surgery.

On the day of death he had been working with a chainsaw at his residence. He was found lifeless lying on the ground in his backyard. An autopsy was not performed.

Mr. Crow had other co-morbidities, most significantly a brain aneurysm and an abdominal aortic aneurysm; however, both conditions had recently been evaluated (within the four months prior to his death) and neither one was deemed to be in need of immediate medical attention.

## III. <u>Opinions and Conclusions:</u>

Based on my training, education and experience as well as review of the above-cited materials, I opine as follows:

1). A significant part of my practice as a medical examiner and pathologist has been to make determinations concerning the cause of death. In many cases, determinations of cause of death are made without the benefit of an autopsy. As such, it is within the standard of practice to make the determination of cause of death based on empirical observations, a review of the medical history, a consideration of the circumstances concerning the death and other matters. In certain cases, an autopsy does not substantially aid the pathologist or coroner in making a determination as to cause of death. Upon a review of this case, I have been able to determine, to a reasonable degree of medical certainty, the cause of death of James Milton Crow. In light of all circumstances surrounding Mr.

      Crow's death, had I been requested to opine on Mr. Crow's death, I would not have needed to perform an autopsy to confirm the cause of death.

Page 3

2).     It is my opinion to a reasonable degree of medical probability that Mr. Crow died as a result of a heart attack or probable organic heart disease, as shown on his death certificate. Specifically, he succumbed to atherosclerotic cardiovascular disease.

Attached are copies of my curriculum vitae and fee schedule.

Respectfully submitted,

*Gerald T. Gowitt MD*

Gerald T. Gowitt, M.D.

GTG/th