# CURRICULUM VITAE

## GERALD T. GOWITT, M.D.

**PERSONAL DATA:**

| | |
|---|---|
| Birthplace: | Connecticut |
| Citizenship: | United States |
| Marital Status: | Married |
| Mailing Address: | 2095 Highway 211, NW<br>Suite 2F-274<br>Braselton, Georgia 30517 |
| Office Address: | DeKalb County Medical Examiner's Office<br>3550 Kensington Road<br>Decatur, Georgia 30032-1328 |
| Telephone: | (404) 508-3507 |
| FAX: | (404) 508-3509 |
| E-Mail: | ggowitt@aol.com<br>fmavlg@aol.com |

**PRESENT POSITIONS:**

1. Chief Medical Examiner, DeKalb County, Georgia (independently contracted-2000-present).

2. Independently contracted Medical Examiner for the counties of Hall, Henry, Rockdale and Barrow.

3. Director and Chief Executive Officer, Forensic Medicine Associates, Inc. (1994-present).

4. Director, Clinical Laboratory, Georgia Regional Hospital at Atlanta. (1989-2016).

## EDUCATION:

1978-1982  Doctor of Medicine with Honors, University of North Carolina, Chapel Hill, North Carolina.

1970-1972  Physician's Assistant Program, Duke University, Durham, North Carolina.

1966-1970  B.A. in Biology, Central Connecticut State College, New Britain, Connecticut

## MEDICAL LICENSURE:

1983—present (Georgia).

## CERTIFICATION:

1987  American Board of Pathology (Forensic Pathology)

1986  American Board of Pathology (Anatomic and Clinical Pathology)

1986  Certified clinical laboratory director (Georgia)

1985  Appointed as a medical examiner for the State of Georgia

1982  Successfully completed the Examination of the Federation of State Medical Boards (FLEX)

## POST DOCTORAL TRAINING:

1982-1986   Resident in Anatomic and Clinical Pathology, Emory University Affiliated Hospitals, Atlanta, Georgia.

   Chief Anatomic Pathology Resident 1985.

1986-1987   Forensic Pathology Fellowship (Assistant Medical Examiner), Fulton County Medical Examiner's Office, Atlanta, Georgia. Affiliated with Emory University School of Medicine.

## APPOINTMENTS AND PRACTICE EXPERIENCE:

| | |
|---|---|
| 2013-Present | National Association of Medical Examiners—Ad hoc Committee on Medical Examiner Independence |
| 2013-2015 | Director, Clinical Laboratory, West Georgia Regional Hospital at Columbus |
| 2006-Present | Chief Medical Examiner, Rockdale County, Georgia |
| 2001-Present | Board of Advisors, LifeLink of Georgia |
| 1994-2002 | Member, Governor's Advisory Board on Anatomical Gifts |
| 1993-1996 | Member, Medical Association of Atlanta and the Atlanta Bar Medical-Legal Committee |
| 1990-1996 | Member, Fulton County Child Fatality Review Committee |
| 1989-1996 | Consulting Medical Examiner, Georgia Bureau of Investigation and Georgia State Crime Laboratory |
| 1987-Present | Chief Medical Examiner for Hall and Henry Counties, Georgia |
| 1989-Present | Director of Laboratory, Georgia Regional Hospital at Atlanta |
| 1988-2002 | Staff Pathologist, Henry General Hospital, Stockbridge, Georgia |
| 1988-1990 | Board Member, Gwinnett Council on Child Abuse |
| 1988-1990 | Advisory Board, Atlanta Chapter, National Sudden Infant Death Syndrome Foundation |
| 1987-1988 | Chief Medical Examiner, Gwinnett County, Georgia |
| 1987-1996 | Assistant Professor of Pathology (Forensic) and Laboratory Medicine, Emory University School of Medicine |
| 1987-1997 | Staff Pathologist, Grady Memorial Hospital. |
| 1986-1989 | Staff Pathologist, Gwinnett Hospital System, Lawrenceville, Georgia |
| 1986-1989 | Director, Gwinnett Diagnostic Laboratory |
| 1985-1987 | Associate Medical Examiner, Gwinnett County, Georgia |

1972-1982        Physician's Assistant, Internal Medicine, Raleigh, North Carolina

## PROFESSIONAL SOCIETY MEMBERSHIPS:

1988-Present     American Academy of Forensic Sciences – fellow member (highest ranking order)

1988-1996        Medical Association of Georgia

1988-1996        Medical Association of Atlanta

1986-Present     National Association of Medical Examiners

1985-1997        College of American Pathologists

1982-1997        American Society of Clinical Pathologists

1978-1997        American Medical Association

1973-Present     North Carolina Academy of Physician's Assistants (honorary member 1976-present)

## SPEAKING INVITATIONS AND INVITED LECTURESHIPS:

Panelist: The Medical Examiner/Coroner/Funeral Home Organ and Tissue Donation Symposium. Forsyth, Georgia. May 20, 2008.

Children's Healthcare of Atlanta. Annual Conference on Child Abuse and Neglect (panelist). November 16, 2007.

Role of the Forensic Pathologist in Nursing Home Litigation (lecture).
American Association for Justice. Las Vegas, Nevada. September 28, 2007.

Abusive Head Injuries in Children: Recognizing the Constellation of Injuries in the Emergency Room and at Autopsy (workshop). Building Successful Teams – Child Abuse, Injury and Fatality: Investigation, Prosecution and Prevention Conference. Marietta, Georgia. April 4, 2007

Child Abuse and Neglect. Seminar given at Clayton State College, Morrow, Georgia. May 6, 2004.

Autopsy Findings in Child Deaths (workshop). Georgia Department of Human Resources Child Fatality Conference. Macon, Georgia. November 3, 1999, November 27, 2000, March 26-27, 2002 and March 25-26, 2003.

Homicide and Asphyxial Deaths. Georgia State Police Training Academy. Forsyth, Georgia. February 21, 2001.

Pediatric Forensic Pathology. Medical College of Georgia. Emergency Medicine Seminar. Augusta, Georgia. May 4, 2000.

Investigation of Asphyxial Deaths and Autoerotic Fatalities. Georgia Coroner's Training Counsel. January 11 (Forsyth), April 7 (Savannah), May 7 (Rome), August 6 (Albany) and November 5 (Forsyth)-1999.

Overview of Forensic Pathology (workshop). Georgia Society for Clinical Laboratory Science 50th Anniversary. Atlanta, Georgia. May 7, 1999.

The Medical Examiner's Role Concerning Homicide Investigations. Presented to the Florida Association of Criminal Defense Lawyers 10th Annual Meeting. Palm Beach, Florida. June 1997.

Morning of Forensic Medicine. Physician's CME Program. St. Joseph's Hospital. Savannah, Georgia. March 8, 1997.

An Introduction to Forensic Medicine. Presented to the Atlanta Centers for Disease Control. Atlanta, Georgia. October 23, 1996.

Forensic Potpourri. Presented to the Atlanta Legal Secretaries Association. Atlanta, Georgia. January 19, 1996.

Medical Examiner's Role in Death Investigation. Presented to the Georgia State Division of the International Association of Identification. Stockbridge, Georgia. September 28, 1995.

Deaths in the Work Place. Presented to the Atlanta Bar Association, February 24, 1994, Atlanta, Georgia.

Medical Information Concerning Sexually-Related Deaths. Presented to the Georgia Trial Lawyers Association. ST. Simon's Island, Georgia. April 21, 1993.

Cobb County Death Investigation Seminar. Lecturer in autoerotic fatalities and blood spatter interpretation. Marietta, Georgia. May 1992 and May 1993.

A View of Trauma from the Autopsy Table. Presented at the First Annual Southeast Trauma Symposium, October 1989, Norcross, Georgia.

Preservation of Forensic Evidence. Presented at the First Annual Southeast Trauma Symposium, October 1989, Norcross Georgia.

The Forensic Pathologist's Role in the Recognition and Preservation of Evidence. Presented at the Emory University Law School Seminar on Forensic Science, 1989-present, Atlanta, Georgia.

Death Scene Investigation and Whodunit Homicides. Presented at the Homicide Investigation Seminar, Georgia State Police Training Academy, October 1988 and December 1993, Forsyth, Georgia.

Seminar in Forensic Pathology. Presented at the Annual Meeting of Georgia Medical Technologists, November 1988 and November 1990, Macon, Georgia.

Recognition of Child Abuse. Presented to the Gwinnett Hospital Sytem Emergency Room staff, March and July 1988, Lawrenceville, Georgia.

Child Abuse. Seminar presented to the Hall County and Gainesville, Georgia Law Enforcement personnel, February 1988, Gainesville, Georgia.

The Coroner versus the Medical Examiner System in Death Investigation. Presented to the 4 Gwinnett County Rotarian Chapters, June-July 1988, Gwinnett County, Georgia.

Forensic Pathology Teaching Seminar. Monthly presentations given to the Emory University Affiliated Hospitals pathology residences 1987-1996, Atlanta, Georgia.

What is a Medical Examiner? Presented to the Gwinnett County Kiwanis Club, November 1987, Lawrenceville, Georgia.

Gunshot Wounds. Seminar presented to the Hall County and Gainesville, Georgia Law Enforcement personnel, February 1987, Gainesville, Georgia.

Forensic Science Teaching Seminars. Monthly presentations given to the Gwinnett County Department of Public Safety 1986-1988, Lawrenceville, Georgia.

Primary Pulmonary Lymphoma. Presented to the University of North Carolina and Duke University Joint Hematology-Oncology Group, March 1982, Chapel Hill, North Carolina.

Code Blue Team Function in a State Psychiatric Hospital. Workshop presented at Dorothea Dix Hospital, April 1976, Raleigh, North Carolina.

Clinical Cardiology for Intensive Care Nurses. Annual CME course for nurses presented at Dorothea Dix Hospital, 1976-1978, Raleigh, North Carolina.

**AWARDS AND HONORS:**

1982  Doctor of Medicine with Honors, University of North Carolina, Chapel Hill, North Carolina

1981  Student Stores Medical Scholarship (Financial Aid Award).

1978  McIver Medical School Scholarship.

1977  Award presented for legislative efforts on behalf of physician assistants in North Carolina.

**BIBLIOGRAPHY:**

A.  Publications:

   1.  Edwards KR, Gowitt GT, Rollins RL: State mental hospital referrals: Patient abandonment by local medical resources. NC Med J 1974; 35:151-155

   2.  Gowitt GT, Gustke SS: Guidelines to the Physician for Writing Standing Orders for the Physicians' Assistants and Nurse Practitioners, 1977 (a locally distributed procedure manual).

   3.  Gowitt GT: Primary pulmonary lymphoma: Report of a case and reviewed of the literature. 1982 (Project completed as part of the requirements for Doctor of Medicine with Honors Degree).

   4.  McGee E, Gowitt GT, Hombaker S, Strudwick J, De Caro M: Residents face off with the future. Prep for Practice 1984; 5:1-4.

   5.  Gowitt GT, Chan WC, Brynes RK, Heffner LT: T-cell lymphoma following Hodgkin's disease. Cancer 1985; 56:1191-1196.

   6.  Gowitt GT, Zaatari GS: Bronchial extramedullary hematopoiesis preceding chronic myelogenous leukemia. Human Pathol 1985; 16:1069-1071.

   7.  Gowitt GT, Mirra SS: Malignant carcinoid involving the spinal cord dura: A pathologic study and review of the world's literature. Neurosurgery 1985; 801-806.

   8.  Check IJ, Gowitt GT, Staton GW: Bronchoalveolar lavage cell differential counts in the diagnosis of sarcoid interstitial lung disease: Likelihood ratios based on a computerized database. Am J Clin Pathol 1985; 85:744-747.

9. Gowitt GT, Hanzlick RL: Suicide in Fulton County, Georgia (1975-1984): Demographic and trend analysis of 881 cases with special reference to teenagers, young adults and the elderly. J Forensic Sci 1986; 31:1029-1038.

10. Hanzlick RL, Gowitt GT, Wall W: Deaths sue to caffeine in "look-alike drugs". J. Analytical Toxicol 1986; 10:126

11. Gowitt GT: Application to forensic pathology training programs. Pathologist 1986; 40:27-30.

12. Gowitt GT, Zaki SA: Rupture of a cardiac diverticulum resulting in sudden death. Am J. Forensic Pathol 1988; 9:155-158.

13. Doss PL, Gowitt GT: Investigation of a death caused by rectal insertion of cocaine. Am J. Forensic Pathol 1988; 9:336-338.

14. Hanzlick RL, Gowitt GT; Cocaine Metabolite Detection in Homicide Victims. JAMA. 1991; 265-760-761

15. Gowitt GT, Hanzlick RL: Atypical Autoerotic Deaths. Am J. Forensic Pathol 1992; 13:115-119.

B. Abstracts:

1. Gowitt GT: Guidelines to the Physician for Writing Standing Orders for Physicians' Assistant and Nurse Practitioners. Presented at the North Carolina Academy of Physicians' Assistants annual meeting. August 5, 1977.

2. Gowitt GT, Hanzlick RL: Suicide in Fulton County, Georgia (1975-1984): Demographic and trend analysis of 881 cases with special reference to teenagers, young adults and elderly. American Academy of Forensic Sciences. New Orleans, LA, February, 1986.

3. Gowitt GT: Rupture of a cardiac diverticulum resulting in sudden death. Southern Association of Forensic Scientists, spring meeting. Baton Rouge, LA, April 4, 1987.

4. Gowitt GT, Hanzlick RL: Atypical Autoerotic Deaths. National Association of Medical Examiners. Sanibel, Florida 1989.

5. Gowitt GT, Hanzlick RL: The Ladies in the Lake. American Academy of Forensic Sciences. Boston, Mass., 1993 (Last Word Society).

6. Gowitt GT: The Role of the Medical Examiner in Organ/Tissue Procurement. National Association of Medical Examiners. Charleston, SC, 1994.

## CONTINUING MEDICAL EDUCATION:

American Academy of Forensic Sciences Annual Meeting. Atlanta, Georgia. February 20-24, 2012.

11th International conference on Shaken Baby Syndrome. Atlanta, Georgia. September 10—12, 2010.

Practical Reviews in Pathology (monthly continuing medical education audio cassette tapes) 2009-present.

National Association of Medical Examiner's Annual Meeting.
Savannah, Georgia – October 12-27, 2007.

American Academy of Forensic Sciences Annual Meeting. Atlanta, Georgia. February 11-16, 2002.

American Society of Internal Medicine Annual Meeting. Atlanta, Georgia. March 30, 2001.

Practical Reviews in Forensic Medicine and Sciences (monthly continuing medical education audio cassette tapes) 1998-2009.

New England Journal of Medicine self assessment program 1997-1998.

American Society of Clinical Pathologists Check Sample Program 1997-2000.

National Conference on Shaken Baby Syndrome. Salt Lake City, Utah, November 10-12, 1996

National Association of Medical Examiner's Annual Meeting. Traverse City, MI September 13-17, 1996.

American Society of Clinical Pathologists. Fall Meeting. New Orleans, LA. September 16-21, 1995.

National Association of Medical Examiner's Annual Meeting. Charleston, SC. September 23-26, 1994.

American Academy of Forensic Sciences Annual Meeting. Boston, MA. February 15-20,1993

Interpretation of Bloodstain Evidence. Corning, NY. November 16-20, 1992.

American Academy of Forensic Sciences Annual Meeting. Las Vegas, NV. February 17-20, 1991.

American Academy of Forensic Sciences Annual Meeting. Cincinnati, OH. February 19-23, 1990.

April – 2017