# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Stephen B. Hunter, M.D. (Consulting Neuropathologist)
Rick Snow, Ph.D. (Consulting Forensic Anthropologist)
Tammy Hopkins, Executive Assistant

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

**April 26, 2017**

## FEE SCHEDULE:

1. **Case Reviews:**

    $500.00 per hour. Billed by the hour; retainer may be required

2. **Meetings & Conferences:**

    $400.00 per hour (one hour minimum, not pro-rated)

3. **Depositions:**

    $600.00 per hour (one hour minimum, not pro-rated).

    Payment may be required at the end of the deposition (if so, be sure to bring a blank check that can be filled out at that time; do not fill in a pre-determined amount).

    Split payments between multiple attorneys are not acceptable. The lead attorney is responsible for the entire deposition fee.

4. **Video Depositions & Statements Under Oath:**

    Billed at the same rate as depositions.

Exhibit C

5. **Court Testimony:**
   A. **Metropolitan Atlanta -- $3,000.00**
   B. **Outside of Metropolitan Atlanta but in Georgia -- $5,000.00 per day plus expenses**
   C. **Out of state – done by video deposition (contact our office)**

Exhibit C