# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy Hopkins, Executive Assistant

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

## CIVIL DEPOSITIONS – 2017

## GERALD T. GOWITT, M.D.

1. Beecher, et al. v. The Baxley and Appling County Hospital Authority (wrongful death—plaintiff). Michael A. Prieto, Esq.—Prieto, Marigliano, Holbert, LLC—Atlanta, Georgia. Decatur, Georgia—February 22, 2017.

2. Pierce v. Gingold (wrongful death—defense). John M. Hawkins, Esq.—Weinberg, Wheeler, Hudgins, Gunn & Dial, Atlanta, Georgia. Decatur, Georgia—March 9, 2017.

3. Ledbetter v. Main and Associates, Inc., D/B/A Southern Springs Healthcare Facility (wrongful death—plaintiff). Reginald D. McDaniel, Esq. The McDaniel Law Firm, LLC, Birmingham, Alabama. Decatur, Georgia—March 23, 2017.

4. Rogers v. Orthopedic Center, P.C., et al. (medical malpractice—plaintiff). Bart Turner, Esq. Savage, Turner, Pinckney & Savage—Savannah, Georgia Decatur, Georgia—April 4, 2017.

5. Rivers v. Mercy Housing (wrongful death—plaintiff). E. Michael Moran, Esq.—Law & Moran—Atlanta, Georgia, Decatur, Georgia—April 25, 2017.

6. Mornay v. Southeastrans, Inc. (wrongful death—plaintiff). Frederick Burkey, Esq.—The Burkey Law Firm—Atlanta, Georgia. Decatur, Georgia—May 11, 2017.

7. Rosser (Brock) et al. v. Southeastern Freight Lines, et al. (wrongful death—neutral). Christina H. Jay, Esq. Drew, Eckl, Farnham—Atlanta, Georgia. Decatur, Georgia—May 16, 2017.

**Page 2**

8.   Martin (Mattie Anthony) et al., v. Valhalla Funeral Home, et al., (postmortem injuries). Gary K. Grace, Esq.—Grace, Matthews & Debra, LLC—Huntsville, Alabama, Atlanta, Georgia—June 8, 2017.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy Hopkins, Executive Assistant

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

## CIVIL DEPOSITIONS – 2016

### GERALD T. GOWITT, M.D.

1. Norvill (Terry) v. Union General Hospital (wrongful death—plaintiff).  Michael H. Cummings II, LLC, Clayton, GA.  January 7, 2016; Decatur, GA.

2. Green v. Medical Facilities of America, et al. (wrongful death – plaintiff).  Daniel W. Cotter, PC, Decatur, GA.  January 11, 2016; Decatur, GA.

3. Estate of Jeffrey Usher v. Metropolitan Atlanta Rapid Transit Authority, et al. (wrongful death – neutral).  Michael L. Goldberg, Esq.  Fried, Rogers, Goldberg, LLC, Atlanta, GA.  January 14, 2016; Decatur, GA.

4. Williams-Burns v. Sears Roebuck & Co. (wrongful death - plaintiff).  Dean LeBoeuf, Esq.  Brooks, LeBoeuf, Bennett, Foster & Gwartney, PA, Tallahassee, FL.  February 18, 2016; Decatur, GA.

5. Drennan v. Highlands Aerial Park, LLC, et al. (wrongful death – plaintiff). Steven Chance, Esq.  Watkins, Laurie, Roll & Chance – Atlanta, GA.  February 23, 2016; Decatur, GA.

6. McReynolds v. Hoenfeld (medical malpractice – plaintiff).  Nathan E. Fitzpatrick, Esq.  The Fitzpatrick Firm, LLC – Atlanta, GA; March 1, 2016; Decatur, GA.

7. DeLoach, et al. v. Total Transportation of Mississippi LLC (wrongful death – defense).  Richard H. Hill, II, Esq.  Weinburg Wheeler Hudgins Gunn & Dial – Atlanta, GA.  Decatur, GA; March 17, 2016.

8. Green v. Medical Facilities of America, et al. (wrongful death – plaintiff).  Daniel W. Cotter, PC, Decatur, GA.  March 22, 2016; Decatur, GA.  (Video deposition for trial.)

9. Norvill (Terry) v. Union General Hospital (wrongful death – plaintiff ).  Michael H. Cummings II, LLC, Clayton, GA.  April 14, 2016; Decatur, GA. (Video deposition for trial.)

10. Williams v. DeKalb Medical Center, et al. (medical malpractice – defense).  Timothy Bendin, Esq. Bendin, Sumrall & Laduer, Atlanta, GA.  Decatur, GA – August 16, 2016.

11. Santamaria (Harris) v. Fichter (medical malpractice – plaintiff).  Richard D. Lindsay, Esq. – Tabor Lindsay & Associates, Charleston, WV.  Decatur, GA – September 22, 2016.

12. Lawrence v. Deal (medical malpractice – plaintiff).  Richard D. Lindsay, Esq.  Tabor Lindsay & Associates, Charleston, WV.  Decatur, GA – September 22, 2016.

13. Woods et al. v. Hernandez (wrongful death – plaintiff).  Romero Pearson, Esq.  Pearson Law Group, Lawrenceville, GA.  Decatur, GA – September 29, 2016.

14. O'Donnell v. Sarasota—Manatee Jewish Housing Council, Inc. (wrongful death—defense).  E. Patrick Buntz, Esq.—McCumber, Daniels, Hartig & Puig, PA—Tampa, Florida.  Decatur, Georgia—November 17, 2016.

15. Spadaro, et al. v. Roberts & King, et al. (video deposition--medical malpractice—plaintiff).  Brenda Kline, Esq. Furr and Henshaw—Myrtle Beach, South Carolina. Atlanta, Georgia—December 1, 2016.

16. Roberts v. Amedisys—(wrongful death—plaintiff).  Daniel Cotter, Esq.—The Law Office of Dan Cotter—Decatur, Georgia.  Decatur, Georgia—December 22, 2016.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

| Office Address | Telephone | Mailing Address |
|---|---|---|
| 3550 Kensington Road | (404) 508-3507 | 2095 Highway 211, N.W. |
| Decatur, Georgia 30032 | Facsimile: | Suite 2F-274 |
| fmavlg@aol.com | (404) 508-3509 | Braselton, Georgia 30517 |

Civil Depositions—2015
Gerald T. Gowitt, M.D.

1. Vardeman (Estate of Helen Partridge) vs. Beverly Enterprises, Inc., et al.—(wrongful death—plaintiff). Alan Lasseter, Esq.—Shuttlesworth Lasseter, LLC—Birmingham, Alabama. Decatur, Georgia—January 6, 2015.

2. Long vs. Abercrombie—(medical malpractice—plaintiff). John E. Suthers, Esq.—Suthers Law Firm—Savannah, Georgia. Decatur, Georgia—January 14, 2015.

3. Patrick O'Neal Emanuel, as Surviving Spouse and as Executor of the Estate of Lilley Ray Emanuel, deceased vs. Wellstar Health System, Inc., and Ward V. Houck (medical malpractice—plaintiff). Tommy Malone, Esq.—The Malone Law Firm Atlanta, Georgia. Decatur, Georgia—February 5, 2015.

4. Engler v. Gwinnett Hospital System, Inc., et al.—(medical malpractice—neutral). Cale Conley, Esq.—Conley & Griggs, LLP—Atlanta, Georgia. Decatur, Georgia—February 19, 2015.

5. Geneva Knight v. Southeast Cancer Network, Inc., et al.—(medical malpractice—neutral). Joseph S. Miller, Esq.—Stames, Davis, Florie, LLP—Birmingham, Alabama. Decatur, Georgia—March 20. 2015.

6. Bruning v. Creel—(medical malpractice—plaintiff). R. Ray Orrill, Esq.—Orrill & Beary, LLC—New Orleans, LA—Atlanta, Georgia—March 24, 2015.

Page 2

7. Fernandez v. Sonata Healthcare—(wrongful death—plaintiff).
   Melissa Powers, Esq.—Maher Law Firm—Winter Park, Florida.
   Decatur, Georgia—March 31, 2015.

8. Carolyn Milledge, et al. v. Myron Freeman, individually and in his former
   capacity as Fulton County Sheriff, et al.—(wrongful death—plaintiff).
   Andrew Lampros, Esq.—Hall & Lampros, LLP—Atlanta, Georgia.
   Decatur, Georgia—April 7, 2015.

9. Fields et al. v. Shamrock Nursing and Rehabilitation Center, et al.—(medical
   malpractice—plaintiff)—Jeffrey Jonap, Esq.—Jonap and Associates—Tucker,
   Georgia.  Decatur, Georgia—May 5, 2015.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

Civil Depositions—2014
Gerald T. Gowitt, M.D.

1.   Edwards v. Nicome, et al.—(medical malpractice—neutral).  Roderick E.
     Edmond, Esq.—Edmond, Lindsay & Hoffler, LLP.—Atlanta, Georgia.
     Decatur, Georgia—January 15, 2014.

2.   Herrera v. Hillsborough County School Board; and Hillsborough County
     School District.—(wrongful death—plaintiff). Melissa Powers, Esq.—The
     Maher Law Firm—Winter Park, Florida. Decatur, Georgia—January 28,
     2014.

3.   Cohen v. Summit Medical Center—(medical malpractice—plaintiff).
     Mark Beveridge, Esq.—Kinnard, Clayton & Beveridge—Nashville,
     Tennessee.  Decatur, Georgia—February 6, 2014.

4.   Anjour Cullars v. Heritage Healthcare of Wilkes, LLC, et al.—(wrongful
     death—plaintiff).  John T. Ruff, Esq.—Atlanta, Georgia.  Decatur,
     Georgia—March 20, 2014.

5.   Washington v. Select Specialty Hospital-Augusta, Inc.—(medical
     malpractice—plaintiff). Louis Levenson, Esq.—Atlanta, Georgia.
     Decatur, Georgia—March 27, 2014.

6.   Owen v. Meers, et al.—(medical malpractice—plaintiff).  Mary Ellen
     Morris, Esq.—Kinnard, Clayton & Beveridge—Nashville, Tennessee.
     Decatur, Georgia—April 10, 2014.

Page 2

7.      Shaw, et al. v. Rehan, et al.—(medical malpractice—defense).
        W. Brent Hyde, Esq.—Hall, Booth, Smith & Slover, P.C.—Tifton, Georgia.
        Decatur, Georgia—April 29, 2014.

8.      McGinty, et al. v. UAB Medical Center West, et al.—(Tort for Fraud and
        Emotional Distress—plaintiff). Adedapo Agboola, Esq.—Bender &
        Agboola, LLC—Birmingham, Alabama. Decatur, Georgia—May 8, 2014.

9.      Fatimah Phoenix v. Wal-Mart, et al.—(wrongful death—neutral).
        E. Michael Moran, Esq.–Law & Moran—Atlanta, Georgia.
        Decatur, Georgia—August 12, 2014.

10.     Whatley, et al. v. Piedmont Healthcare, Inc. and Piedmont Hospital, Inc.—
        (medical malpractice—plaintiff). William Holbert, Esq.—Slover, Prieto,
        Marigliano, Holbert, LLC.—Atlanta, Georgia. Decatur, Georgia-August 21,
        2014.

11.     Buchanon, et al. v. Durable Medical Equipment, et al.—(wrongful death—
        plaintiff). Robert C. Buck, Esq.—Buck Law Group—Atlanta, Georgia.
        Decatur, Georgia—September 11, 2014.

12.     Andre Heyward, Individually, and Roger A. Kirschenbaum, as
        Administrator of the Estate of Michelle Kamika Chinnis, deceased v.
        ABCO Transportation, Inc., R & L Transfer, Inc., Robert Sansom,
        Protective Insurance Company, and Lexington Insurance Company—
        (wrongful death—defense).     Michael Horst, Esq.—Baker, Donelson,
        Bearman, Caldwell & Berkowitz, P.C.—Atlanta, Georgia.
        Decatur, Georgia—October 21, 2014.

13.     Leah Maroney Morton, et al. v. South Central Timber, Companion Ins., et
        al.—(wrongful death—plaintiff). Larry Keith Evans, Esq.—Evans & Evans,
        P.C.—Griffin, Georgia. Decatur, Georgia—October 28, 2014.

14.     Wallace (Estate of Dorothy Stringer) v. Sunbridge Healthcare, LLL d/b/a
        Cottage of the Shoals Care and Rehabilitation Center--(wrongful death—
        defense). P. Scott Arnston, Esq.—Lanier, Ford, Shaver & Payne, P.C.—
        Huntsville, Alabama. Decatur, Georgia—October 30, 2014.

15.     Sandra H. Benitez, Individually v. Children's Healthcare of Atlanta, Inc.—
        (medical malpractice—neutral). Julye Johns, Esq.—Huff, Powell & Bailey,
        LLC.—Atlanta, Georgia. Decatur, Georgia—December 10, 2014.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

Civil Depositions—2013

Gerald T. Gowitt, M.D.

1. Story v. Ivan Jay Brodwyn, D.C. and Dr. Jay Brodwyn Clinicare of Columbus, Inc.—(wrongful death-plaintiff). John G. Mabrey, Esq.—The Mabrey Firm, P.C.—Atlanta, Georgia. Decatur, Georgia—February 13, 2013.

2. Smith v. Northside Hospital, et al.—(medical malpractice—plaintiff). Jason Branch, Esq.—Philips, Branch & Hodges, P.C.—Columbus, Georgia. Decatur, Georgia—March 7, 2013.

3. Charlene Denney v. Jason T. Crenshaw and John Does, 1-10—(medical malpractice—plaintiff). David E. Tuszynski, Esq.—Garland, Samuel & Loeb, P.C.—Atlanta, Georgia. Decatur, Georgia—March 27, 2013.

4. Patrice Gay, as next friend of Michael Anthony Williams Teele, deceased and Anjoure C. Teele, v. Gwinnett County Sheriff's Office, et al.—wrongful death—plaintiff). Romero Pearson, Esq.—Pearson Law Group—Lawrenceville, Georgia. Decatur, Georgia—July 30, 2013.

5. Jones vs. City of Albertville, et al.—(wrongful death—plaintiff). Rip Andrews, Esq.—Marsh, Rickard, Bryan, P.C.—Birmingham, Alabama. Decatur, Georgia—August 13, 2013.

6. Stephens, Sumrall, Singleton et al. v. Ford Motor Company, et al.—(products liability/wrongful death—plaintiff). Michael Moran, Esq,--Law & Moran—Atlanta, Georgia. Decatur, Georgia—August 29, 2013.

Page 2

7.    Davis, et al. v. GGNSC Atlanta LLC.—(medical malpractice/wrongful
      death-plaintiff). J. Cameron Tribble, Esq.—The Barnes Law Group, LLC.—
      Marietta, Georgia. Decatur, Georgia—September 10, 2013.

8.    Love et al. v. Federal Express Corporation, et al.—(wrongful death-
      neutral). John H. Peavy, Esq.—Peavy Law Firm, LLC—Atlanta, Georgia.
      Decatur, Georgia—September 17, 2013.

9.    Culbertson v. Braun, et al.—(product liability-plaintiff).
      Dennis Cathey, Esq.—Cathey & Strain, P.C.—Cornelia, Georgia.
      Decatur, Georgia—September 24, 2013.

10.   Roberson v. Vaughn et al.—(medical malpractice—plaintiff).
      Tommy Malone, Esq.—The Malone Firm—Atlanta, Georgia.
      Decatur, Georgia—October 10, 2013.

11.   Thomas v. Lakewood Reliable HealthCare—(wrongful death-plaintiff).
      Michael Prieto, Esq. –Slover, Prieto, Marigliano, Holbert, LLC—Atlanta,
      Georgia. Decatur, Georgia—October 24, 2013.

12.   Banks v. Shahram Rezaiamiri, M.D. d/b/a Rezaialiri Neurosurgery &
      Spine, P.C. & South Atlanta Neurosurgery, P.C. (medical malpractice—
      plaintiff).Roderick E. Edmond, M.D., J.D.—Edmond, Jones, Lindsay,
      LLP—Atlanta, Georgia.   Decatur, Georgia—November 14, 2013. (2nd
      Deposition).

13.   Evans vs. Gold Cross EMS, Inc.—(wrongful death—plaintiff).
      C. Caleb Connor, Esq.—Connor & Connor, LLC—Augusta, Ga.
      Decatur, Georgia—November 19, 2013.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy Hopkins, Exec. Sec.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

Civil Court Testimony – 2017

Gerald T. Gowitt, M.D.

1. Edwards v. Nicome, et al.—(medical malpractice—neutral). Roderick E. Edmond, Esq.—Edmond, Lindsay & Hoffler, LLP.—Atlanta, Georgia. Decatur, Georgia—January 25, 2017.

2. Williams-Burns v. Sears Roebuck & Co. (wrongful death—plaintiff). Dean LeBoeuf, Esq.—Brooks, LeBoeuf, Bennett, Foster & Gwartney, PA. Tallahassee, FL., Atlanta, Georgia—March 17, 2017. (video deposition for use at trial).

Exhibit D

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy Hopkins, Exec. Sec.

| | | |
|---|---|---|
| **Office Address**<br>3550 Kensington Road<br>Decatur, Georgia 30032<br>fmavlg@aol.com | **Telephone**<br>(404) 508-3507<br>Facsimile:<br>(404) 508-3509 | **Mailing Address**<br>2095 Highway 211, N.W<br>Suite 2F-274<br>Braselton, Georgia 3051 |

Civil Court Testimony – 2016

Gerald T. Gowitt, M.D.

## NO APPEARANCES IN CIVIL COURT IN 2016

.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Angela S. Allison, Exec. Sec.

<table>
<tr><td>Office Address<br>3550 Kensington Road<br>Decatur, Georgia 30032<br>fmavlg@aol.com</td><td>Telephone<br>(404) 508-3507<br>Facsimile:<br>(404) 508-3509</td><td>Mailing Address<br>2095 Highway 211, N.W.<br>Suite 2F-274<br>Braselton, Georgia 30517</td></tr>
</table>

### Civil Court Testimony – 2015

### Gerald T. Gowitt, M.D.

1. Daniels v. Habersham Anesthesiology Associates, Inc. – (medical malpractice – plaintiff). Steven Wisebram, Esq. – Finch McCranie – Atlanta, Georgia. Clarkesville, Georgia – July 16, 2015.

2. Banks v. Shahram Rezaiamiri, M.D. d/b/a Rezaiamiri Neurosurgery & Spine P.C. & South Atlanta Neurosurgery P.C. (medical malpractice—plaintiff). Roderick E. Edmond, M.D., J.D.—Edmond, Jones, Lindsay, LLP—Atlanta, Ga. Jonesboro, GA—July 30, 2015.

3. Story v. Ivan Jay Brodwyn, D.C. and Dr. Jay Brodwyn Clinicare of Columbus, Inc.—(wrongful death-plaintiff). John G. Mabrey, Esq.—The Mabrey Firm, P.C.—Atlanta, Georgia. Columbus, Georgia—September 16, 2015.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

<table>
<tr>
<td>Office Address<br>3550 Kensington Road<br>Decatur, Georgia 30032<br>fmavlg@aol.com</td>
<td>Telephone<br>(404) 508-3507<br>Facsimile:<br>(404) 508-3509</td>
<td>Mailing Address<br>2095 Highway 211, N.W.<br>Suite 2F-274<br>Braselton, Georgia 30517</td>
</tr>
</table>

### Civil Court Testimony—2014

### Gerald T. Gowitt, M.D.

1. Purcell v. Vincent Zubowicz, M.D. & The Center for Plastic Surgery, Inc.—(neutral).
   Michael G. Regas, II., Esq.—Houck/Regas LLC.—Atlanta, Georgia.
   Atlanta, Georgia—April 16, 2014.

2. Culbertson v. Braun, et al.—(product liability—plaintiff).
   Dennis Cathey, Esq.—Cathey & Strain, P.C.—Cornelia, Georgia
   Canton, Georgia—May 6, 2014.

3. McGinty, et al. v. UAB Medical Center West, et al.—(Tort for Fraud and Emotional
   Distress—plaintiff). Adedapo Agboola, Esq.—Bender & Agboola, LLC—Birmingham,
   Alabama. Bessemer, Alabama—August 20, 2014.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W
Suite 2F-274
Braselton, Georgia 3051?

## Civil Court Testimony—2013
### Gerald T. Gowitt, M.D.

**NO APPEARANCES IN CIVIL COURT IN 2013**