IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDY A. CROW, individually and as Executrix and personal representative of the ESTATE OF JAMES M. CROW, Deceased,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil Action No. 1:16-CV-03104-SCJ |

## **NOTICE OF DEPOSITION OF GERALD T. GOWITT, M.D.**

Please take notice that pursuant to subpoena, the defendant will proceed to take the deposition of Gerald T. Gowitt, M.D., on August 15, 2017. The deposition shall commence at 10:00 a.m., at DeKalb Medical Examiner, 3550 Kensington Rd., Decatur, Ga. 30032. The deposition will be taken for evidence and all purposes permitted by law before an officer duly authorized by law to take depositions, and will be taken by oral examination and recorded by stenographic means. The deposition will continue from day to day until its completion.

Served this 7th day of August, 2017.

Respectfully submitted,

JOHN A. HORN
UNITED STATES ATTORNEY

*s/ Gabriel A. Mendel*
Gabriel A. Mendel
Assistant United States Attorney
Georgia Bar No. 169098
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
Voice: (404) 581-6000
Facsimile: (404) 581-4667

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUDY A. CROW, individually and as Executrix and personal representative of the ESTATE OF JAMES M. CROW, Deceased,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil Action No.<br>1:16-CV-03104-SCJ |

## CERTIFICATE OF COMPLIANCE

    I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

    *s/ Gabriel A. Mendel*
    Gabriel A. Mendel
    Assistant United States Attorney
    Georgia Bar No. 169098

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUDY A. CROW, individually and as Executrix and personal representative of the ESTATE OF JAMES M. CROW, Deceased,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil Action No.<br>1:16-CV-03104-SCJ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 7th day of August, 2017.

*s/ Gabriel A. Mendel*
Gabriel A. Mendel
Assistant United States Attorney
Georgia Bar No. 169098