## ATTACHMENT C-2

## Defendant's Witness List

**Defendant <u>will</u> have present at trial:**

1.    Dr. Van Crisco – First Coast Heart & Vascular Center, 3901 University Boulevard, Suite 221, Jacksonville, FL 32216.    Dr. Crisco will provide expert testimony regarding the applicable standard of care, causation, and damages. Specifically, Dr. Crisco will testify that the care provided by the VA met the standard of care, and that there were no deviations from the standard of care in Mr. Crow's workup, heart catheterization, or subsequent recommendations for further evaluation thereafter.    He will testify that there was no indication for post-cardiac catheterization hospitalization, that there was no need for immediate surgical consultation regarding open heart bypass surgery, and that there is no requirement or standard of care indicating that Mr. Crow should have seen by a cardiac surgeon the same day he had his heart catheterization.  He will testify that Mr. Crow was referred for neurosurgical consultation in a timely fashion and it is clear that the patient was informed that he needed to have a cardiac surgical evaluation thereafter. Specifically related to the question of whether cardiac surgery would have positively impacted Mr. Crow's outcome, he will testify that it is not clear that he would have been offered open heart bypass surgery, it is not clear that he would  have survived surgery,  and it is not clear that his ejection fraction would clearly have improved to

reduce his risk for sudden death. He will further testify that that even with successful open heart bypass surgery versus medical treatment without surgery, this intervention on average, only results in a modest increase in life expectancy in persons similar to Mr. Crow. He will testify that even if VA had done everything Plaintiff claims it should have, and Mr. Crow died of the cause of death she claims, and the surgery would have been successful and prevented this specific cardiac event, the maximum scientifically supported increase in life expectancy is still, on average 1.6 years after open heart surgery for severe coronary artery disease. Defendant refers to Dr. Crisco's Rule 26 Report additional information about the testimony which Dr. Crisco is expected to offer at trial.

**Defendant <u>may</u> have present at trial:**

1.      Dr. Peter Block, Atlanta VAMC, 1670 Clairmont Road, Decatur, GA 30033. If called, Dr. Block would testify regarding the medical care he provided to Mr. Crow, the standard of care relevant to that care, and the issues of causation and damages raised in Plaintiff's complaint.

2.      Dr. Bjorn Toennes, 9500 Euclid Ave, Cleveland, OH 44195. If called, Dr. Toennes would testify regarding the medical care he provided to Mr. Crow, the standard of care relevant to that care, and the issues of causation and damages raised in Plaintiff's complaint.

3.     Dr. Michael Streleckis, 4175 Tanners Creek Dr., Flowery Branch, GA 30542. If called, Dr. Streleckis would testify regarding the medical care he provided to Mr. Crow, the standard of care relevant to that care, and the issues of causation and damages raised in Plaintiff's complaint.

Additionally, Defendant may call any witness listed by plaintiff as well as any impeachment or rebuttal witnesses whose use could not reasonably have been anticipated.