ATTACHMENT D-1 PLAINTIFF'S LIST OF EXHIBITS

⬥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Georgia |
|---|---|---|

| Judy A. Crow | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| United States of America | Case Number: 1:16-CV-3104-SCJ |

| PRESIDING JUDGE<br>Steve C. Jones | PLAINTIFF'S ATTORNEY<br>Dennis Cathey | DEFENDANT'S ATTORNEY<br>Gabriel Mendel |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | VA Medical Records for James Crow |
| 2 | | | | | Longstreet Clinic Medical Records for James Crow |
| 3 | | | | | Harry C. McDonald Medical Records for James Crow |
| 4 | | | | | Stephens County Hospital Medical Records for James Crow |
| 5 | | | | | Whitfield Funeral Home bill for James M. Crow, deceased |
| 6 | | | | | Photographs of James M. Crow, deceased and his family |
| 7 | | | | | Annuity Mortality Table for 1949, Ultimate |
| 8 | | | | | Social Security Administration Statement (for benefits) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages