AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Northern     DISTRICT OF     Georgia

Judy A. Crow

V.

United States of America

## EXHIBIT AND WITNESS LIST

Case Number: 1:16-CV-3104-SCJ

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Steve C. Jones | Dennis Cathey | Gabriel Mendel |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  |  |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Longstreet Clinic Medical Records for James Crow |
|  | 2 |  |  |  | Stephens County Hospital Medical Records for James Crow |
|  | 3 |  |  |  | Harry C. McDonald Medical Records for James Crow |
|  | 4 |  |  |  | VA Medical Records for James Crow |
|  | 5 |  |  |  | Plaintiff's Response to Defendant's First Interrogatories |
|  | 6 |  |  |  | Plaintiff's Response to Defendant's First Requests to Produce |
|  | 7 |  |  |  | CV of L. Van Crisco, M.D. |
|  | 8 |  |  |  | Expert Report of L. Van Crisco, M.D. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

## ATTACHMENT "D-2A"

## Plaintiff's Objections to Defendant's Exhibit and Witness List

Pursuant to Local Rule 16.6(A), Plaintiff hereby objects to the following exhibits listed by Defendant on Attachment D-2:

### 7. CV of L. Van Crisco, M.D.

Plaintiff objects to the introduction of the CV (curriculum vitae) of Dr. L. Van Crisco, M.D. Expert CVs are out of court statements offered to prove the truth of the matter asserted and, accordingly, fall within the definition of hearsay. See Fed. R. Evid. 802; Sheffield v. State Farm Fire & Cas. Co., No. 5:14-CV-38, 2016 WL 3548550, at *8 (S.D. Ga. June 23, 2016).

Defense counsel can, of course, elicit testimony from this witness regarding his background and expertise, but because it is hearsay, Plaintiff objects to the introduction of the CV itself.

### 8. Expert Report of L. Van Crisco, M.D.

While Plaintiff can find no Georgia authority which has addressed this issue, Federal Courts around the country have consistently held that expert reports are hearsay, and thus, are not admissible at trial. See *Wright v. Watkins & Shepard Trucking, Inc.*, 2016 U.S. Dist. LEXIS 6530 (D. Nev. Jan. 19, 2016); *Ake v. General Motors Corp.*, 942 F.Supp. 869, 877-78 (W.D.N.Y. 1996); *Engebretsen v. Fairchild Aircraft Corp.*, 21 F.3d 721, 728 (6th Cir. 1994). *See also* FRE 702.

-2-

The report of Dr. Van Crisco is hearsay and is inadmissible at trial. Like the C.V. referenced above, Defendant's counsel can certainly elicit testimony from their expert regarding his opinions, but the report itself is inadmissible and Plaintiff objects to its introduction into evidence.

Further, the expert report of Dr. Van Crisco contained reference to a learned treatise. In the event Defendant would seek to introduce the learned treatise into evidence, Plaintiff would object based upon Local Rule 16.4(B)(19)(a).