# ATTACHMENT "E"

# PLAINTIFF'S DESIGNATIONS OF DEPOSITIONS TO BE INTRODUCED AT TRIAL

1. **Deposition of Bjoern Toennes, MD**

   **Taken on July 7, 2017**

pg 4, lines 1-25

Pg 5, lines 1-25

pg. 6, lines 1-25

pg. 7, lines 1-25

pg. 8, lines 1-25

pg. 9, lines 1-25

pg. 10, lines 1, 25

pg. 11, lines 1-25

pg. 12, lines 1-25

pg. 13, lines 1-25

pg. 14, lines 1-17

pg. 17, line 25

pg. 18, lines 1-25

pg. 19, lines 1-25

pg. 21, lines 4-23

pg. 22, lines 20-25

pg. 23, lines 1-25

pg. 24, lines 1-25

pg. 25, lines 1-25

pg. 26, lines 1-25

pg. 27, lines 1-25

pg. 28, lines 1-25

pg. 29, lines 1-25

pg. 30, lines 1-25

pg. 31, lines 1-25

pg. 32, lines 1-25

pg. 33, lines 1-25

pg. 34, lines 1-12, 25

pg. 35, lines 1-25

pg. 36, lines 1-25

pg. 37, lines 1-25

pg. 38, lines 1-25

pg. 39, lines 8-25

pg. 40, lines 1-25

pg. 41, lines 1-25

pg. 42, lines 1-10

2. **Deposition of Peter C. Block, MD**
   **Taken on July 12, 2017**

pg. 5, lines 1-24

pg. 6, lines 1-24

pg. 7, lines 1-24

pg. 8, lines 1-24

pg. 9, lines 1-24

pg. 10, lines 1-24

pg. 11, lines 1-24

pg. 13, lines 1-24

pg. 14, lines 1-24

pg. 15, lines 1-22

pg. 16, lines 1-24

pg. 17, lines 1-22

pg. 18, lines 6-24

pg. 19, lines 1-24

pg. 20, lines 1-24

pg. 21, lines 1-3; 7-24

pg. 22, lines 1-17

pg. 23, lines 4-24

pg. 24, lines 1-24

pg. 27, lines 13-24

pg. 28, lines 1-24

pg. 29, lines 1-24

pg. 30, lines 1-24

pg. 31, lines 1-24

pg. 32, lines 1-24

pg. 33, lines 1-24

pg. 34, lines 1-24

pg. 35, lines 1-24

pg. 36, lines 1-24

pg. 37, lines 1-24

pg. 38, lines 1-24

pg. 39, lines 1-24

pg. 40, lines 1-24

pg. 41, lines 1-24

pg. 42, lines 1-24

pg. 43, lines 1-24

pg. 44, lines 1-24

pg. 45, lines 1-24

pg. 46, lines 1-24

pg. 47, lines 1-24

pg. 48, lines 1-24

pg. 49, lines 1-24

pg. 50, lines 1-24

pg. 51, lines 1-24

pg. 52, lines 1-24

pg. 53, lines 1-24

pg. 54, lines 1-24

pg. 55, lines 1-24

pg. 56, lines 1-24

pg. 57, lines 1-24

pg. 58, lines 1-24

pg. 59, lines 1-24

pg. 60, lines 1-24

pg. 61, lines 1-24

pg. 62, lines 1-24

pg. 63, lines 1-24

pg. 64, lines 1-24

pg. 65, lines 1-24

pg. 66, lines 1-24

pg. 67, lines 1-24

pg. 68, lines 1-24

pg. 69, lines 1-10

3. **Deposition of Atef Salam, MD**
   **Taken on November 1, 2017**

pg. 5, lines 6-25

pg. 6, lines 1-2

pg. 9, lines 13-21

pg. 10, lines 3-18

pg. 11, lines 2-4

pg. 12, lines 3-25

pg. 13, lines 1-25

pg. 14, lines 1-25

pg. 15, lines 1-9

pg. 18, lines 6-25

pg. 19, lines 1-25

pg. 20, lines 1-25

pg. 21, lines 1; 18-25

pg. 22, lines 1-25

pg. 23, lines 1-25

pg. 24, lines 1-25

pg. 27, lines 3-13

pg. 28, lines 20-25

pg. 29, lines 3-25

pg. 30, lines 1-25

pg. 31, line 1

pg. 33, lines 20-25

pg. 34, lines 1-25

pg. 35, lines 1-25

pg. 36, lines 1-25

pg. 37, lines 1-25

pg. 38, lines 1-25

pg. 39, lines 1-25

pg. 40, lines 1-25

pg. 41, lines 1-25

pg. 42, lines 1-25

pg. 43, lines 1-25

pg. 44, lines 1-25

pg. 45, lines 1-25

pg. 46, lines 1-25

pg. 47, lines 1-23

pg. 50, lines 2-25

pg. 51, lines 1-25

pg. 52, lines 1-25

pg. 53, lines 1-25

pg. 54, lines 1-25

pg. 55, lines 1-25

pg. 56, lines 1-25

pg. 57, lines 1-25

pg. 58, lines 1-25

pg. 59, lines 1-25

pg. 60, lines 1-25

pg. 61, lines 1-25

pg. 62, lines 1-25

pg. 63, lines 1-17